UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SKULD SYNDICATE 1897 and THE STANDARD SYNDICATE 1884, UNDERWRITERS AT LLOYD'S, LONDON subscribing to Policy B0621MICEF000116,<br><br>                Plaintiffs,<br><br>   v.<br><br>ROLLS-ROYCE MARINE NORTH AMERICA, INC., a Delaware Corporation,<br><br>                Defendant. | Case No. 2:20-cv-00863-RSL<br><br>**ORDER GRANTING STIPULATED MOTION TO STAY CASE PENDING MEDIATION** |

THIS DAY THIS COURT considered the Stipulated Motion to Stay Case Pending Mediation (Dkt. # 7) submitted by Plaintiffs and Defendant, and the Court FINDS there is good cause to stay this case to allow the parties an opportunity to complete mediation in August, 2020 that was rescheduled as a result of the COVID-19 pandemic.

IT IS THEREFORE ORDERED AND ADJUDGED:

1. The Parties' Stipulated Motion to Stay Case Pending Mediation is GRANTED.

2. The case is STAYED pending resolution of the parties' mediation, currently scheduled for August 4, 2020.

ORDER GRANTING STIPULATED MOTION TO STAY
CASE - 1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

3. Within 10 days of the completion, cancelation, or rescheduling of the mediation, the parties will file a joint status report with the Court explaining if this matter has resolved or requesting appropriate relief.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING STIPULATED MOTION TO STAY
CASE - 2

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107