UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SKULD SYNDICATE 1897 and THE STANDARD SYNDICATE 1884, UNDERWRITERS AT LLOYD'S, LONDON subscribing to Policy B0621MICEF000116,<br><br>                 Plaintiffs,<br><br>   v.<br><br>ROLLS-ROYCE MARINE NORTH AMERICA, INC., a Delaware Corporation,<br><br>                 Defendant. | Case No. 2:20-cv-00863-RSL<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND STAY PENDING MEDIATION** |

THIS DAY THIS COURT considered the parties' Stipulated Report on Mediation and Stipulated Motion to Extend Stay Pending Mediation (ECF No. 10). The Court finds there is good cause to extend the stay in this case to allow the parties an opportunity to complete a second day of mediation.

IT IS THEREFORE ORDERED AND ADJUDGED:

1. The Parties' Stipulated Motion to Extend Stay Pending Mediation is GRANTED.

2. The case is STAYED until September 30, 2020, pending resolution of the parties' continued mediation, currently scheduled for August 19, 2020.

3. No case schedule shall issue, and no trial date shall be set.

ORDER GRANTING STIPULATED MOTION TO EXTEND STAY PENDING MEDIATION - 1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

4.    Within 10 days of the completion, cancelation, or rescheduling of the mediation, the parties will file a joint status report with the Court explaining if this matter has resolved or requesting appropriate relief.

Dated this 7th day of August, 2020.

*signature*
Robert S. Lasnik
United States District Judge

*Presented by:*

| | |
|---|---|
| s/Katie Smith Matison | s/Jason M. Kettrick (email authorization) |
| Katie Smith Matison, WSBA No. 20737 | Jason M. Kettrick, WSBA No. 35459 |
| Per D. Jansen, WSBA No. 49966 | Rory D. Cosgrove, WSBA No. 48647 |
| Aaron Schaer, WSBA No. 52122 | Sommer B. Clement, WSBA No. 31497 |
| | |
| LANE POWELL PC | CARNEY BADLEY SPELLMAN, P.S. |
| 1420 Fifth Avenue, Suite 4200 | 701 5th Avenue, Suite 3600 |
| P.O. Box 91302 | Seattle, WA 98104-7010 |
| Seattle, WA 98111-9402 | Phone: 206-622-8020 |
| Phone: 206-223-7000 | Fax: 206-467-8215 |
| Fax: 206-223-7107 | |
| | |
| Attorneys for Plaintiffs: | Attorneys for Defendant: |
| | |
| SKULD SYNDICATE 1897 and THE STANDARD SYNDICATE 1884 | ROLLS-ROYCE MARINE NORTH AMERICA, INC. |

ORDER GRANTING STIPULATED MOTION TO EXTEND STAY PENDING MEDIATION - 2

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107