THE HON. ROBERT S. LASNIK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SKULD SYNDICATE 1897 and THE
STANDARD SYNDICATE 1884,
UNDERWRITERS AT LLOYD'S,
LONDON subscribing to Policy
B0621MICEF000116,

                          Plaintiffs,

        v.

ROLLS-ROYCE MARINE NORTH
AMERICA, INC., a Delaware Corporation,

                          Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:20-cv-00863-RSL

**ORDER GRANTING STIPULATED
MOTION TO EXTEND STAY
PENDING FINALIZATION OF
SETTLEMENT AGREEMENT**

18   Before the Court is the parties' Stipulated Report on Mediation and Stipulated Motion to

19  Extend Stay Pending Finalization of Settlement Agreement (ECF No. 12). The Court finds

20  there is good cause to extend the stay in this case to allow the parties to finalize a settlement

21  agreement and release.

22       IT IS THEREFORE ORDERED AND ADJUDGED:

23       1.     The Parties' Stipulated Motion to Extend Stay Pending Finalization of Settlement

24  Agreement is GRANTED.

25       2.     The case is STAYED until October 15, 2020, pending the finalization of a

26  settlement agreement and release, or upon notice from the parties for other relief.

27       3.     No case schedule shall issue, and no trial date shall be set.

ORDER GRANTING STIPULATED MOTION TO EXTEND
STAY PENDING MEDIATION
NO. 2:20-CV-00863-RSL - 1

1      4.      By October 15, 2020, the parties will file a joint status report with the Court

2 explaining if this matter has resolved or requesting appropriate relief.

3

4      Dated this 31st day of August, 2020.

5

6                          Robert S. Lasnik

7                          United States District Judge

8

9

10

11 *Presented by:*

12 *s/Katie Smith Matison*            *s/Jason M. Kettrick (email authorization)*
Katie Smith Matison, WSBA No. 20737      Jason M. Kettrick, WSBA No. 35459

13 Per D. Jansen, WSBA No. 49966          Rory D. Cosgrove, WSBA No. 48647
Aaron Schaer, WSBA No. 52122          Sommer B. Clement, WSBA No. 31497

14

15 LANE POWELL PC                 CARNEY BADLEY SPELLMAN, P.S.
1420 Fifth Avenue, Suite 4200          701 Fifth Avenue, Suite 3600

16 P.O. Box 91302                       Seattle, WA 98104-7010
Seattle, WA 98111-9402             Phone:  206-622-8020

17 Phone:  206-223-7000               Fax:  206-467-8215
Fax:  206-223-7107

18 Attorneys for Plaintiffs:               Attorneys for Defendant:

19 SKULD SYNDICATE 1897 and THE     ROLLS-ROYCE MARINE NORTH
STANDARD SYNDICATE 1884        AMERICA, INC.

20

21

22

23

24

25

26

27

ORDER GRANTING STIPULATED MOTION TO EXTEND
STAY PENDING MEDIATION
NO. 2:20-CV-00863-RSL - 2