THE HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SKULD SYNDICATE 1897 and THE STANDARD SYNDICATE 1884, UNDERWRITERS AT LLOYD'S, LONDON subscribing to Policy B0621MICEF000116,<br><br>Plaintiffs,<br><br>v.<br><br>ROLLS-ROYCE MARINE NORTH AMERICA, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:20-cv-00863-RSL<br><br>**ORDER DISMISSING CASE UNDER FED. R. CIV. P. 41** |

Before the Court is the parties' Stipulated Notice of Dismissal. The parties have stipulated that this case be dismissed, with prejudice, and without an award of fees or costs to either side. Based upon the above stipulation, IT IS ORDERED, ADJUDGED, and DECREED as follows:

1. The case is DISMISSED WITH PREJUDICE.

2. The Clerk of Court is ordered to CLOSE THE FILE.

3. There is no award of attorney's fees or costs to any party.

Dated this 7th day of October, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge